IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN LYNN DALES,<br>　　　Plaintiff, | )<br>)<br>) | Civil Action No. 7:17cv00177 |
| v. | )<br>)<br>) | By: Elizabeth K. Dillon |
| DWAYNE LOCKHART, *et al.*,<br>　　　Defendant. | )<br>) | United States District Judge |

**MEMORANDUM OPINION**

Plaintiff Jonathan Lynn Dales, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. By order entered April 26, 2017, the court conditionally filed this action and, *inter alia*, advised Dales that he must notify the court in writing immediately upon his transfer or release, and provide the court with a new address. (Dkt. No. 5.) The court warned Dales that failure to notify the court of a change of address would result in dismissal of the case. (*Id.*) On August 30, 2017, a court order was returned to the court as undeliverable and with no forwarding address. (Dkt. No. 14.) Dales has not provided the court with an updated address; therefore, the court has no means of contacting him. Accordingly, the court will dismiss Dales' complaint without prejudice. Dales is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: August 30, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge